In the Matter of the Final Judicial Settlement of the Account of Proceedings of John J. Quirk, as Executor, etc., of Ellen Stouter, Deceased.— Decree of the

Surrogate's Court of Westchester county in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.